# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 10, 2022

Lyle W. Cayce
Clerk

No. 21-11019
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Roy Mata,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:05-CR-40-1

Before King, Costa, and Ho, *Circuit Judges*.

Per Curiam:*

Roy Mata, federal prisoner # 17159-077, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. We review for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). We need not consider whether the district court erred by

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-11019

determining that Mata failed to show extraordinary and compelling reasons warranting relief; the district court's alternative consideration of the 18 U.S.C. § 3553(a) factors provides a sufficient basis for affirmance. *See Ward v. United States*, 11 F.4th 354, 360-62 (5th Cir. 2021); *Chambliss*, 948 F.3d at 693-94.

Mata contends that, when the § 3553(a) factors are considered properly, intervening changes in sentencing laws and his record of rehabilitation warrant the reduction of his sentence from life to 30 years of imprisonment. Mata's mere disagreement with the district court's weighing of the § 3553(a) factors does not warrant reversal. *See Chambliss*, 948 F.3d at 694.

The motion for appointment of counsel is DENIED, and the order of the district court is AFFIRMED.